# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD R. BIHM, DIANA H.
BIHM AND BIHM, LLC

NO.   2019 CW 1663

VERSUS

THE BLUFFS PROPERTY OWNERS
ASSOCIATION AND THE BLUFFS
RENAISSANCE, LLC

**DECEMBER 27, 2019**

---

In Re:   Donald R. Bihm, Diana H. Bihm, Bihm, LLC, Stephen
         Brignac and Karen Brignac, applying for supervisory
         writs, 20th Judicial District Court, Parish of West
         Feliciana, No. 23562.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT GRANTED WITH ORDER.**   The amount ordered as security
for this appeal is excessive.   Accordingly, we grant the writ
and remand the matter to the trial court to fix the security for
a suspensive appeal pursuant to the provisions of La. Code Civ.
P. art. 2124(B)(3).

                    **VGW**
                    **JMG**
                    **WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.